# United States Bankruptcy Court
## Northern District Of Ohio
## Notice of Filing Deficiency

**To:** Attorney Michael McGee

**Case Number:** 25–04003–tnap

**Debtor(s):**

**Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Notice of Filing Deficiencies

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☑ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☑ Hearing information ☐ Not fully reflected in order ☑ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☑ Other. See Comments/Instructions.

**Comments/Instructions:**
Notice of Filing Deficiencies: 1) A Notice of Hearing Required Per Judge Pattons Procedures Effective August 11, 2023. A form Notice of Hearing is available on the website; (2) All proposed orders must be attached as an exhibit to the motion, application, or other pleading seeking relief from the Court and uploaded to Court via E–orders per Judge Patton's Procedures. The proposed order not attached as exhibit may be filed as a supplement on the docket. (RE: related document(s)[6] Motion to Intervene)

Deputy Clerk: **Michelle Bokros**
Date: **3/21/25**
Form ohnb141