United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Attorney Michael J. McGee  **Case Number:** 25−04003−tnap

**Debtor(s):**  **Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
  Notice of Filing Deficiency

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☑ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☑ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☑ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☑ Other. See Comments/Instructions.

**Comments/Instructions:**
Notice of Filing Deficiencies: (1) Notice of Hearing Has Incorrect Time of 1:00 P.M. That Time Is Reserved For Pretrials – Motions To Be Heard At 10:00 AM. Counsel To Refile Notice With Correct Time; (2) All proposed orders must be attached as an exhibit to the motion, application, or other pleading seeking relief from the Court and uploaded to Court via E−orders per Judge Patton's Procedures. The proposed order not attached as exhibit may be filed as a supplement on the docket – Orders Are Still Missing. (RE: related document(s)[6] Motion to Intervene, [8] Notice of Motion)

Deputy Clerk: **Michelle Bokros**
Date: **4/6/25**
Form ohnb141