# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-41290 |
| | ) | |
| KIMBERLY HUGHLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor, | ) | JUDGE TIIARA N.A PATTON |
| | ) | |
| | ) | |
| | ) | ADVERSARY PROCEEDING NO. 25-04003 |
| KIMBERLY HUGHLEY, | ) | |
| | ) | MOTION FOR ENTRY OF CONSENT |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reached a resolution of this case in the form of a Consent Judgment, the Parties

move for the entry of the attached proposed Consent Judgment signed by the Parties.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ Rema A. Ina
Rema A. Ina (OH: #0082549)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3723
(216) 522-4982 (facsimile)
Rema.ina@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on **August 21, 2025,** a true and correct copy of the foregoing *MOTION* was served:

Via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Rema A. Ina on behalf of Department of Education at rema.ina@usdoj.gov
Dawn Chapman on behalf of Plaintiff at dawn@dawnchapmanlaw.com