**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-41290 |
| | ) | |
| Kimberly L. Hughley, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | |
| | ) | Adversary Proceeding No. 25-04003 |
| _____ | ) | |
| Kimberly L. Hughley, | ) | Judge Tiiara N.A. Patton |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT JUDGMENT** |
| | ) | |
| U.S. Department of Education, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Kimberly L. Hughley ("Plaintiff"), and the United States Department of

Education ("Education" or "Federal Defendant") (collectively the "Parties"), by their

undersigned attorneys, agree as follows in this Consent Judgment:

1. WHEREAS, on October 29, 2024, Plaintiff filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Ohio for relief under Chapter 7 of the Bankruptcy Code; and

2. WHEREAS, on February 1, 2025, Plaintiff filed a complaint ("Complaint") in the instant case to determine the dischargeability of federal student loans issued to her and held by Federal Defendant under loan programs authorized under Title IV of the Higher Education Act of 1965, as amended, (Doc. 1); and

3. WHEREAS, on March 10, 2025, Federal Defendant filed an answer ("Answer"), (Doc. 5); and

4. WHEREAS, the Complaint seeks discharge of Plaintiff's federal student loans pursuant to 11 U.S.C. § 523(a)(8), because repayment would impose an undue hardship; and

5. WHEREAS, Plaintiff submitted to ED an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"); and

6. WHEREAS, only federal student loan debt incurred by Plaintiff prior to Plaintiff's bankruptcy petition date is potentially eligible for a hardship discharge; and

7. WHEREAS, Plaintiff's federal student loan amounts in this document are based on valuations on approximately June 12, 2025, but current amounts, which may differ due to accruing interest, will be used for calculating any discharge; and

8. WHEREAS, Plaintiff has prepetition federal student loan debt, including interest, of approximately $52,863.48 ("Federal Student Loan Debt"), corresponding to the prepetition federal student loans issued to Plaintiff and listed in the following table ("Federal Student Loans"):

**Plaintiff's Prepetition Federal Student Loans**
**Considered for Discharge with Balances as of 6/12/2025**

| Loan # | Original Loan Amount | Date Entered Repymt | Updated Principal | Updated Interest | Total Due (Prin. & Int.) As of 6/12/2025 |
|---|---|---|---|---|---|
| 35 | - | - | - | - | - |
| 34 | $25 | - | - | - | - |
| 33 | $50 | - | - | - | - |
| 32 | $99 | 10/10/2012 | $148.40 | $25.18 | $173.58 |
| 31 | $198 | 10/10/2012 | $296.89 | $50.37 | $347.26 |
| 30 | $396 | 10/10/2012 | $594.00 | $100.77 | $694.77 |
| 29 | $1120 | 10/10/2012 | $1,681.83 | $285.33 | $1,967.16 |
| 28 | $560 | 10/10/2012 | $840.91 | $142.66 | $983.57 |
| 27 | $186 | 10/10/2012 | $286.82 | $48.66 | $335.48 |
| 26 | $2292 | 10/10/2012 | $3,582.99 | $607.86 | $4,190.85 |
| 25 | $323 | 10/10/2012 | $366.49 | $56.25 | $422.74 |
| 24 | $6402 | 10/10/2012 | $10,355.21 | $1,756.80 | $12,112.01 |
| 23 | $483 | 10/10/2012 | $548.03 | $84.10 | $632.13 |
| 22 | $7404 | 10/10/2012 | $6,378.62 | $1,081.81 | $7,460.43 |
| 21 | $2096 | 10/10/2012 | $2,313.34 | $387.28 | $2,700.62 |
| 18 | $4500 | 10/10/2012 | $5,307.96 | $1,085.66 | $6,393.62 |
| 17 | $4059 | 10/10/2012 | $7,255.76 | $1,230.97 | $8,486.73 |
| 16 | $4000 | 10/10/2012 | $2,452.84 | $416.13 | $2,868.97 |
| 15 | $3500 | 10/10/2012 | $1,376.53 | $281.54 | $1,658.07 |
| 14 | $2000 | 10/10/2012 | $1,227.28 | $208.21 | $1,435.49 |
| **TOTALS** | | | $45,013.90 | $7,849.58 | **$52,863.48** |

and

9. WHEREAS, ED agrees that Plaintiff's Federal Student Loan Debt and Federal Student Loans should be discharged under 11 U.S.C. § 523(a)(8) based on the Attestation, information obtained during discovery, and current U.S. Department of Justice and ED guidelines, including the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation; and

10. WHEREAS, ED agrees that any accrued interest on Plaintiff's Federal Student Loan Debt should be likewise discharged; and

3

11. WHEREAS, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Consent Judgment; and

12. WHEREAS, each party agrees to bear their own fees and costs of this litigation; and

13. WHEREAS, this adversary proceeding shall be closed as all issues are settled or rendered moot; and

14. WHEREAS, jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment; it is

15. **ORDERED AND ADJUDGED**, that, pursuant to 11 U.S.C. § 523(a)(8), based upon consideration of the Complaint, the stipulations contained herein, applicable guidance, and consent of the Parties, Plaintiff's Federal Student Loan Debt, plus accrued interest, of approximately $52,863.48, corresponding to Federal Student Loans 14-18 and 21-32, above, is hereby **DISCHARGED.**

4

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

/s/ *Rema A. Ina*

Rema A. Ina (#0082549)
Assistant United States Attorney
801 West Superior Avenue Ste 400
Cleveland, OH 44113
P: (216) 622-3723; F: (216) 522-4982
Rema.ina@usdoj.gov

*Attorney for United States Department*
*of Education*

/s/ *Dawn L. Chapman*

Dawn L. Chapman (#0077503)
Attorney Dawn L. Chapman, LLC
1029 Youngstown-Warren Road
Niles, OH 44446
(330) 652-8000
dawm@dawnchapmanlaw.com

*Attorney for Plaintiff, Kimberly L. Hughley*

<u>SERVICE INSTRUCTIONS TO THE CLERK</u>

Please serve aa true and correct copy of the foregoing Via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Rema A. Ina on behalf of Education at Rema.ina@usdoj.gov
Dawn Chapman on behalf of Debtor/Plaintiff at dawn@dawnchampanlaw.com

/s/ Rema A. Ina
Rema A. Ina (OH: 0082549)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3723
(216) 522-4982 (facsimile)
Rema.ina@usdoj.gov